IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| UNITED STATES OF AMERICA | ) | CR No.: 0:11-2276-JFA |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| HENDRICK A. COUSAR | ) | |
| _____ | ) | |

This matter is before the court upon motion of the defendant for judgment of acquittal. The defendant was tried by a jury on June 11–12, 2012, and found guilty on Counts 1 and 6. He was acquitted on Count 5.

The motion is grounded upon the assertion that the evidence presented by the government was not sufficient to sustain a verdict.

Having presided over the trial and having heard the testimony against the defendant, which included a statement he made pursuant to a proffer, testimony of co-defendants who pled guilty under a plea agreement, and related witnesses, the court finds that there was sufficient evidence presented at this trial that could support a finding of guilt beyond a reasonable doubt by a properly charged jury. Accordingly, the motion is respectfully denied.

IT IS SO ORDERED.

June 19, 2012
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge